Mark E. Ellis - 127159
Daniel D. McGee - 218947
Brandon L. Reeves - 242897
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
dmcgee@ecplslaw.com
breeves@ecplslaw.com

Attorneys for
APPELLANT FOTOUHI, EPPS, HILLGER, GILROY, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOTOUHI, EPPS, HILLGER & GILROY, LLP,<br><br>    Appellant,<br><br>v.<br><br>PAUL MANSDORF,<br><br>    Appellee. | Case No.: C-09-02472 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE** |

## STIPULATION

WHEREAS the Record on Appeal in the above matter was entered into the docket of this Court on August 19, 2009, and Appellant Fotouhi, Epps, Hillger & Gilroy, LLP must therefore serve and file an opening brief by September 18, 2009, pursuant to Fed R. Bankr. P. 8010 and B.L.R. 8010-1.

WHEREAS Appellee Paul Mansdorf must file and serve an opposition brief 20 days after Appellant's opening brief is filed, pursuant to B.L.R. 8010-1.

WHEREAS because of trial schedule conflicts of counsel for Appellant and Appellee, both Parties have agreed and stipulate to continue Appellant's deadline to file an opening brief in this matter to October 30, 2009, with opposition and reply briefs due thereafter in accordance with B.L.R. 1010-1.

- 1 -

STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE; C-09-02472 CRB

THEREFORE, the Parties agree and stipulate that Appellant's opening brief shall be filed and served no later than October 30, 2009, and that opposition and reply briefs shall be filed and served no later than the time set forth in B.L.R. 8010-1.

Date: September 10, 2009       By: _____/s/_____
                                    Daniel D. McGee

ELLIS, COLEMAN, POIRIER LAVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Appellant FOTOUHI, EPPS, HILLGER, GILROY, LLP


Date: September 10, 2009       By: _____/s/_____
                                    Dennis D. Davis

GOLDBERG, STINNETT, DAVIS & LINCHEY
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
(415) 362-5045

Attorneys for Appellee PAUL MANSDORF

### ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that Appellant's opening brief shall be served and filed no later than October 30, 2009. Appellee's opposition brief and Appellant's reply brief shall thereafter be filed and served in accordance with B.L.R. 8010-1.

IT IS SO ORDERED.

Date: September 16, 2009       By: _____
                                    CHARLES R. BREYER
                                    DISTRICT COURT

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]